AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>BAER, HAROLD | **2. Court or Organization**<br><br>UNITED STATES DISTRICT COURT | **3. Date of Report**<br><br>5/15/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR JUDGE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐    Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

500 PEARL STREET U.S. COURTHOUSE
ROOM 2230
NEW YORK, NEW YORK 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, HAROLD | 5/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Matthew Bender & Co. - Book Royalties | $948.00 |
| 2. 2012 | American Bar Association - Book Royalties | $1,272.00 |
| 3. 2012 | NY State Bar Association - Book Royalties | $1,393.00 |
| 4. 2012 | Pension - NY State Retirement System | $22,622.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. 2012 | TEACHERS INSURANCE & ANNUITY ASSOCIATION |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | May 21 - May 25, 2012 | Berkeley, CA | seminar | lodging and transportation |
| 2. | Federal Judicial Center | September 10 - September 13, 2012 | Portland, OR | seminar | lodging and transportation |
| 3. | Federal Judicial Center | September 30 October 3, 2012 | Memphis, TN | seminar | lodging and transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, HAROLD | 5/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WELLS FARGO ADVISORS | SECURITIES MARGIN ACCOUNT | J |
| 2. | CitiMortgage Inc. | Part VII Line 22 Rental Property, Sayville, N.Y. Appraisal Date February 23, 2009 | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, HAROLD | 5/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALERIAN MLP | A | Dividend | J | T | | | | | |
| 2. CYPRESS SEMI CONDUCTER CORP. | A | Dividend | J | T | | | | | |
| 3. FIRST ENERGY CORP. | A | Dividend | K | T | | | | | |
| 4. FORD MOTOR CO. | A | Dividend | J | T | | | | | |
| 5. ICICI BANK LTD. SPON ADR | A | Dividend | J | T | | | | | |
| 6. INTEL CORP. | A | Dividend | J | T | | | | | |
| 7. .PFIZER INC. | B | Dividend | L | T | | | | | |
| 8. PLAINS AMERICAN PIPELINE | A | Int./Div. | K | T | Sold (part) | 05/18/12 | K | D | |
| 9. FIRST EAGLE SOGEN GLOBAL FD | A | Dividend | K | T | | | | | |
| 10. OPPENHEIMER AMT FREE NY MUNI FD | C | Interest | K | T | | | | | |
| 11. OPPENHEIMER NY MON. FD | C | Interest | L | T | Sold (part) | 12/26/12 | J | B | |
| 12. CARDINAL HEALTH INC. | A | Dividend | | | Sold | 08/08/12 | J | B | |
| 13. EXXON MOBIL CORP. | B | Dividend | K | T | | | | | |
| 14. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 15. HOME DEPO INC. | A | Dividend | K | T | Sold (part) | 10/26/12 | J | | |
| 16. EXPRESS SCRIPTS HLDGS F/K/A MEDCO HEALTH SOLUTIONS | A | Dividend | J | T | | | | | |
| 17. PROCTOR & GAMBLE CO. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, HAROLD | 5/15/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ROCHESTER FD MUNI INC. | D | Interest | M | T | Sold (part) | 12/26/12 | K | | |
| 19. INVESTORS BANK CORP. INC.. | A | Dividend | J | T | Buy | 08/20/12 | J | | |
| 20. SUPERVALU INC. | A | Dividend | J | T | Buy | 06/04/12 | J | | |
| 21. CYPRESS SEMICONDUCTOR CORP. | A | Dividend | J | T | Buy | 08/20/12 | J | | |
| 22. RENTAL PROPERTY SAYVILLE, NY appraisal date - 2/23/2009 (X) | E | Rent | P1 | Q | | | | | |
| 23. 3.70% Interest Building Brooklyn, N.Y. | B | Rent | J | W | | | | | |
| 24. Oppenheimer Capital Appreciation FD IRA (W) | C | Distribution | J | T | | | | | |
| 25. HYSTER-YALE MATERIAL HANDLING INC. | A | Dividend | J | T | Buy | 12/01/12 | J | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, HAROLD | 5/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 16 - Medco HelathS olutions merged with  Express Scripts Hldgs on 4/2/12.  Medco changed name to Express Scripts Hldgs.  Gain was recognized on cash received.

Line 22 - Rental property appraisal date is February 23, 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, HAROLD | 5/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HAROLD BAER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544